STATE OF NEW JERSEY v. JAMES PEEPLES.

March 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. PATRICIA HORTON.

March 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN G. DE BENEDICTUS.

March 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID LEE RODGERS.

March 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. OSCAR DERAMUS.

March 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK DE CRISTINO

March 14, 1972. Petition for certification granted and case remanded to trial court for hearing on petition for post-conviction relief.